Filed 12/8/25  P. v. Moton CA2/4

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(a). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115(a).

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
### SECOND APPELLATE DISTRICT
### DIVISION FOUR

|  |  |
|---|---|
| THE PEOPLE, | B341940 |
| Plaintiff and Respondent, | Los Angeles County |
| v. | Super. Ct. No. 24CMCF00060 |
| ANDRE DESHON MOTON, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Carol J. Najera, Judge.  Affirmed.

Lisa Jensen, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In this criminal appeal from a jury trial, where appellate counsel has filed a no issues brief asking us to independently review the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), we affirm the judgement.

In 2024, a jury convicted Appellant Andre Deshon Moton of two counts of inflicting corporal injury on a child. (Pen. Code, § 273d, subd. (a).) At trial, Moton's two young sons, J.M. and K.M., testified that on January 7, 2024, Moton punched each of them in the face giving them black eyes.

J.M. and K.M. were seven and eight years old when the incident occurred. The children were in the backseat of a car when Moton told them to stop being loud. When the boys did not listen and continued to be loud, Moton got out of the car, opened the backseat doors, and punched each child in the face. Both minors had black eyes from the incident. They both testified that Moton had also hit them in the past.

Moton told J.M. to lie about what had happened, and say they were at their grandmother's house, and he bumped into a wall. He told K.M. to say that he ran into a pole and hit his eye.

Moton testified in his defense and denied hitting the boys. According to Moton, the boys were fighting and hit each other in the head and face with a tablet.

After the jury found Moton guilty, the trial court suspended imposition of sentence and placed Moton on four years of formal probation with 90 days in county jail. Moton timely appealed.

On July 14, 2025, Moton's counsel filed a brief raising no issues on appeal and asking us to review the record independently. (*Wende*, *supra*, 25 Cal.3d 436.) Moton did not respond to our letter advising him of his right to file supplemental briefing. We have examined the entire record and

are satisfied no arguable issues exist.  (*Smith v. Robbins* (2000) 528 U.S. 259, 278-279; *Wende*, at p. 443.)  We therefore affirm the judgment.

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTERS


                                        TAMZARIAN, J.

We concur:



ZUKIN, P. J.



VAN ROOYEN, J.*

---

* Judge of the San Luis Obispo Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.